**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOHN MASCHING**                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00331-BSM**

**ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY**                                **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE